Timothy J. BAKER, Respondent,

v.

Virgil BOURN, Appellant.

No. WD 39136.

Missouri Court of Appeals,
Western District.

Nov. 24, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 2, 1988.

Application to Transfer Denied
March 15, 1988.

Henry L. Graf, Kansas City, for appellant.

Richard J. Koury, II, Independence, for respondent.

Before CLARK, P.J., and TURNAGE and MANFORD, JJ.

## ORDER

PER CURIAM.

Appeal from judgment entered on a jury verdict against defendant on his counter-claim resulting from an automobile collision.

Judgment affirmed. Rule 84.16(b).

Charles F. LANGE, et al., Appellants,

v.

MONTGOMERY ELEVATOR
COMPANY, Respondent.

No. WD 39292.

Missouri Court of Appeals,
Western District.

Dec. 1, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 2, 1988.

Application to Transfer Denied
March 15, 1988.

William H. Pickett, Catherine A. Donnelly, Kansas City, for appellants.

Paul L. Wickens, Mark E. Harris, Kansas City, for respondent.

Before PRITCHARD, P.J., and
GAITAN and COVINGTON, JJ.

## ORDER

PER CURIAM.

Plaintiffs appeal order granting defendant's motion to dismiss plaintiffs' petition for failure to state a claim upon which relief may be granted.

Judgment affirmed. Rule 84.16(b).